# EXHIBIT E

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LEVEL SLEEP LLC,<br><br>    Plaintiff<br><br>v.<br><br>DORMEO NORTH AMERICA, LLC; TOP SHOP T.V. LLC (dba DORMEO OCTASPRING, LLC); OCTASPRING OPERATIONS US, INC.; and OCTASPRING US, INC.,<br><br>    Defendants. | CASE NO.: 2:18-CV-120<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF LEVEL SLEEP LLC'S NOTICE OF DEPOSITION OF
FENG "FRANK" CHEN**

33471\6752479.1

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Level Sleep LLC will depose Feng "Frank" Chen beginning on a date and time to be determined, and continuing for four hours. The deposition shall take place at the offices of The Dacus Firm, 821 Ese Loop 323, Suite 430, Tyler, TX 75701, or at such other place as the parties mutually agree. In accordance with Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and may also be videotaped.

Dates: June __, 2018                                    Respectfully submitted,


                                                        By: _____
                                                        Deron R. Dacus
                                                        State Bar No. 00790553
                                                        **The Dacus Firm, P.C.**
                                                        821 ESE Loop 323, Suite 430
                                                        Tyler, TX  75701
                                                        Phone:  (903) 705-1117
                                                        Fax:  (903) 581-2543
                                                        ddacus@dacusfirm.com

                                                        James L. Day (Cal. Bar No. 197158)
                                                        Thomas B. Mayhew (Cal. Bar No.183539)
                                                        Erik C. Olson (Cal. Bar No. 260452)
                                                        Jeffrey G. Lau (Cal. Bar No. 281629)
                                                        **Farella Braun + Martel LLP**
                                                        235 Montgomery Street, 17th Floor
                                                        San Francisco, CA  94104
                                                        Phone:  (415) 954-4400
                                                        Fax:  (415) 954-4480

                                                        Counsel for Plaintiff Level Sleep LLC