# EXHIBIT F



**DORMEO**
Mattresses and Pillows Reinvented

HOME          MATTRESS          PILLOWS

TECHNOLOGY

# DORMEO® Octaspring™

# BRAND NEW MATTRESS CONCEPT

a revolutionary surface designed to give you the best sleep of your life by delivering superb cooling comfort and cradling memory foam support for your entire body.







# WHY DORMEO ®

As the leader and innovator of the new TRUE HYBRID Bed, DORMEO® is the first to successfully combine all the benefits of alternative bedding and traditional innersprings—without any of the downsides! DORMEO® is the 1st and only mattress in the world that breathes.

A fusion of coil and memory foam technology creating the ultimate hybrid mattress.DORMEO® is cooler than traditional memory foam and more comfortable than innerspring mattresses.The secret is DORMEO®'s revolutionary patented Octaspring® Technology and ingenious pressure relieving spring made entirely of memory foam. Inside are hundreds of Octasprings in varying degrees of firmness built into body-zoned layers.

Softer for your head and shoulderand firmer for your hips and back. DORMEO® is the leader and creator of the comfort-without-compromise Hybrid Category!

TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved



SUBSCRIBE      CONTACT US      CALL US  800-896-2802

HOME      MATTRESS      PILLOWS

TECHNOLOGY

# SUBSCRIBE

Please enter your e-mail address in the field below to subscribe to our special offers & updates.

SUBSCRIBE



TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved

SUBSCRIBE    CONTACT US    CALL US 800-896-2802



# DORMEO
Mattresses and Pillows Reinvented

HOME    MATTRESS    PILLOWS

TECHNOLOGY

# DORMEO® Octaspring™

# BRAND NEW MATTRESS CONCEPT

a revolutionary surface designed to give you the best sleep of your life by delivering superb cooling comfort and cradling memory foam support for your entire body.







# WHY DORMEO ®

As the leader and innovator of the new TRUE HYBRID Bed, DORMEO® is the first to successfully combine all the benefits of alternative bedding and traditional innersprings—without any of the downsides! DORMEO® is the 1st and only mattress in the world that breathes.

A fusion of coil and memory foam technology creating the ultimate hybrid mattress.DORMEO® is cooler than traditional memory foam and more comfortable than innerspring mattresses.The secret is DORMEO®'s revolutionary patented Octaspring® Technology and ingenious pressure relieving spring made entirely of memory foam. Inside are hundreds of Octasprings in varying degrees of firmness built into body-zoned layers.

Softer for your head and shoulderand firmer for your hips and back. DORMEO® is the leader and creator of the comfort-without-compromise Hybrid Category!

TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved

Dormeo Octaspring Commercial - YouTube



SUBSCRIBE      CONTACT US      CALL US  800-896-2802

# DORMEO
Mattresses and Pillows Reinvented

HOME    MATTRESS    PILLOWS

TECHNOLOGY

# DORMEO®



# Dormeo® Unity Sleep System

- Enjoy togetherness and personalized customization with our DORMEO UNITY Sleep System.

- Our hi-tech motion base works perfectly with our specially designed DORMEO® Split-Head King Mattress

- This mattress featuring a split-head (only) allows you to sleep in one bed and enjoy individualized comfort positions—at the same time

- Available in our 230GX mattress

## FIND STORE

# Dormeo® 340GXZ

- 15 inch pillow top profile offering a high level of pressure-



relieving comfort with a Luxury Plush supportive feel.

- Added pillow-top with sensual, contouring comfort
- Top cooling Layer of PCM™ (Phase Change Material)
- Ultra-deep HydraCOOL™ Gel Memory Foam Comfort Layer
- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer
- 3 patented layers of revolutionary Octaspring® Technology
- Durable Ecocell™ Support Core
- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and eco-friendly. Our 360°wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.
- Mattress requires no flipping or turning
- 15 Year Limited Warranty

## FIND STORE



# Dormeo® 330GXZ

- 14.5 inch profile offering a high level of pressure-relieving comfort with a Plush supportive feel.
- Top cooling Layer of PCM™ (Phase Change Material)
- Deep HydraCOOL™ Gel Memory Foam Comfort Layer
- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer
- 3 patented layers of revolutionary Octaspring® Technology
- Durable Ecocell™ Support Core
- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and eco-friendly. Our 360° wave air-mesh sides allow our revolutionary

Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning

- 15 Year Limited Warranty

**FIND STORE**



# Dormeo® 330GX

- 14.5 inch profile offering a high level of pressure-relieving comfort with a Plush supportive feel.

- Deep HydraCOOL™ Gel Memory Foam Comfort Layer

- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer

- 3 patented layers of revolutionary Octaspring® Technology

- Durable Ecocell™ Support Core

- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and eco-friendly. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning

- 15 Year Limited Warranty

**FIND STORE**

# Dormeo® 240GXZ

- 14 inch profile offering a high level of pressure-relieving comfort with a Luxury Plush supportive feel.

- Top cooling Layer of PCM™ (Phase Change Material)

- Ultra-deep HydraCOOL™ Gel Memory Foam Comfort



Layer

- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer

- 2 patented layers of revolutionary Octaspring® Technology

- Durable Ecocell™ Support Core

- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and eco-friendly. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning

- 15 Year Limited Warranty

**FIND STORE**



# Dormeo® 230GX

- 13 inch profile offering a high level of pressure-relieving comfort with a Cushioned Firm supportive feel.

- Deep HydraCOOL™ Gel Memory Foam Comfort Layer

- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer

- 2 patented layers of revolutionary Octaspring® Technology

- Durable Ecocell™ Support Core

- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and

- eco-friendly. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.

-

Mattress requires no flipping or turning

- 15 Year Limited Warranty

**FIND STORE**

# Dormeo® 220G



- 12.5 inch profile offering a high level of pressure-relieving comfort with a Cushioned Firm supportive feel.
- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer
- 2 patented layers of revolutionary Octaspring® Technology provide pressure-relieving comfort and 3-dimensional adaptability.
- Durable Ecocell™ Support Core
- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and eco-friendly. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.
- Mattress requires no flipping or turning
- 15 Year Limited Warranty

**FIND STORE**

# Dormeo® 130GX

- 11.75 inch profile offering a high level of pressure-relieving comfor with a Firm supportive feel.
- Deep HydraCOOL™ Gel Memory Foam Comfort Layer
- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer
- 1 patented layer of revolutionary Octaspring®Technology
- Durable Ecocell™ Support Core



- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and eco-friendly. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning

- 15 Year Limited Warranty

**FIND STORE**



# Dormeo® 120L

- 10 inch profile offering a high level of pressure-relieving comfort with a Firm supportive feel.

- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer

- 1 patented layer of revolutionary Octaspring® Technology

- Durable Ecocell™ Support Core

- Plush cover with touchable soft-silkiness. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning

- 15 Year Limited Warranty

**FIND STORE**



# Dormeo® 320L

- 12 inch profile offering a high level of pressure-relieving comfort with an Ultra Plush supportive feel.

- Ingenious Comfort Layer with sensual, buoyant, all-natural latex for contouring comfort with a traditional bounce

- 3 patented layers of revolutionary Octaspring® Technology

- Durable Ecocell™ Support Core

- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and eco-friendly. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning

- 15 Year Limited Warranty

**FIND STORE**



# Dormeo® 220L

- 10 inch profile offering a medium level of pressure-relieving comfort with a Plush supportive feel.

- Ingenious Comfort Layer with sensual, buoyant, all-natural latex for contouring comfort with a traditional bounce

- 2 patented layers of revolutionary Octaspring® Technology

- Durable Ecocell™ Support Core

- Plush cover with Tencel® is softer than silk, cooler than linen, more absorbent than cotton and eco-friendly. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning
- 10 Year Limited Warranty

**FIND STORE**



# Dormeo® 120L

- 8 inch profile offering a medium level of pressure-relieving comfort with a Cushioned Firm supportive feel.
- Ingenious Comfort Layer with sensual, buoyant, all-natural latex for contouring comfort with a traditional bounce
- 1 patented layer of revolutionary Octaspring® Technology pressure-relieving comfort and 3-dimensional adaptability.
- Durable Ecocell™ Support Core
- Plush cover with both comfort and peace of mind featuring sustainable resources and the soft-silkiness of resilient bamboo. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.
- Mattress requires no flipping or turning
- 10 Year Limited Warranty

**FIND STORE**

# Dormeo® C130GX

- 14.5 inch profile offering a high level of pressure-relieving comfort with a Medium Plush supportive feel.
- Deep HydraCOOL™ Gel Memory Foam Comfort Layer
- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer
- Octaspring® Technology: 3-zoned, plush memory foam



MemoryCoils™ provide pressure-relieving comfort and 3-dimensional adaptability.

- Ecocell™ Support Layer adds durable stability

- Reinforced 15 / 16 gauge foam-encased coils in three body zones. Superior 16 gauge, foam-encased, pocket coil edge support.

- Plush cover with touchable soft-silkiness. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe.

- Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning

- 10 Year Limited Warranty

**FIND STORE**



# Dormeo® C120G

- 13.5 inch profile offering a high level of pressure-relieving comfort with a Cushioned Firm supportive feel.

- Ultra-deep Supreme AirCOOL™ Gel Foam Comfort Layer

- Octaspring® Technology: 3-zoned, plush memory foam MemoryCoils™ provide pressure-relieving comfort and 3-dimensional adaptability.

- Ecocell™ Support Layer adds durable stability

- Reinforced 15 / 16 gauge foam-encased coils in three body zones. Superior 16 gauge, foam-encased, pocket coil edge support.

- Plush cover with touchable soft-silkiness. Our 360° wave air-mesh sides allow our revolutionary Octaspring

Technology to breathe. Cover is resistant to dust-mites and bacteria.

- Mattress requires no flipping or turning
- 10 Year Limited Warranty

**FIND STORE**



# Dormeo® C120G Firm

- 13.5 inch profile offering a high level of pressure-relieving comfort with a Firm supportive feel.
- Ultra-deep 2" Cool Infusion Deluxe Memory Foam Comfort Layer
- Octaspring® Technology: 3-zoned, plush memory foam MemoryCoils™ provide pressure-relieving comfort and 3-dimensional adaptability.
- Ecocell™ Support Layer adds durable stability
- Reinforced 15 / 16 gauge foam-encased coils in three body zones. Superior 16 gauge, foam-encased, pocket coil edge support.
- Plush cover with touchable soft-silkiness. Our 360° wave air-mesh sides allow our revolutionary Octaspring Technology to breathe. Cover is resistant to dust-mites and bacteria.
- Mattress requires no flipping or turning
- 10 Year Limited Warranty

**FIND STORE**

## The DORMEO® True Hybrid beds...

The Destination for cooler comfort!

## THE OCTASPRING® DIFFERENCE

Thanks to the remarkable Octaspring® technology, DORMEO® Mattress is 8X more breathable than memory foam, offers a demonstrably cooler sleep surface, contours to your body and creates an unsurpassed level of comfort, never before seen in the history of sleep.



Overheating, aches and pains, restlessness - All are obsolete when you sleep on a DORMEO® Mattress

## BENEFITS

- Experience pressure relieving comfort **without the heat of memory foam** or the push-back of traditional springs.

- Octasprings positioned into zones, **offering more support** for your hips and thighs, softer for your head and shoulders, keeping your spine in complete alignment.

- Eliminates partner's disturbance.



- Breathable cover designed to **resist dust-mites and bacteria**.
- Mesh sides allow for **maximum air flow**.
- No flipping or turning necessary.

LEARN MORE

## BEDROOM TALK

See why everyone loves DORMEO® Mattress.

**Brilliant!!**
*Since buying this mattress, I have no sleepless nights. No more visits to the chiropractor. I wish I had changed my mattress a long time ago.*
**– J. Hall**

Dormeo Octaspring Commercial

READ MORE REVIEWS

VIEW MORE VIDEOS

## THE CREATORS OF DORMEO® Octaspring®

 

Designer **Willy Poppe** has dedicated his life to creating innovation in the field of sleep. With Octaspring®, he had a simple mission: To create the world's most comfortable mattress without compromising quality, support, or the environment. Simple to say, trickier to achieve.

**Sandi Češko** is co-founder of Studio Moderna, the leading direct marketing company in CEE, and ranks amongst the most successful business entrepreneurs in Slovenia.

As creator of the DORMEO® brand, he is undoubtedly a proven business innovator.



TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved



SUBSCRIBE     CONTACT US     CALL US  800-896-2802

**DORMEO**
Mattresses and Pillows Reinvented

HOME     MATTRESS     PILLOWS     TECHNOLOGY

# EVOLUTION DREAM LINE

Octaspring® technology isn't just for mattresses. This revolutionary breakthrough in coolness and comfort is perfect for pillows, too.

---

## DORMEO® Evolution Dream Memory Foam Pillow

1. Octaspring Technology's memory foam MemoryCoils™ in the center of the pillow cradle your head in blissful comfort
2. Firmer Ecocell™ EcoSprings along the edges keep your spine in perfect alignment in any sleeping position
3. Layering of plush memory foam with our DORMEO BreathNTech gives you contouring comfort, while keeping you cool
4. Air-mesh panel around all four sides ensures cooling airflow



5. Luxurious removable, washable cover

# DORMEO® Evolution Dream Pillow

1. Octaspring Technology's memory foam MemoryCoils™ in the center of the pillow cradle your head in blissful comfort
2. Firmer Ecocell™ EcoSprings along the edges keep your spine in perfect alignment in any sleeping position
3. Layering of plush memory foam with our DORMEO BreathNTech gives you contouring comfort, while keeping you cool
4. Air-mesh panel around all four sides ensures cooling airflow
5. Luxurious removable, washable cover



# FEATURES

Complete with removable cover, they're luxurious, breathable nighttime support.

- Each pillow features 30 soft Octasprings wrapped in a plush sleeve of memory foam. Octasprings contour to your head, creating a custom level of weightless support.
- Air-mesh sides allow for cooling airflow and breathability.
- No hot spots, no back-of-the-neck sweating.



- Luxurious, removable cover for easy cleaning.

# PRODUCT SPECS

| DORMEO° EVOLUTION<br>Memory Pillow | STANDARD | QUEEN | KING |
|---|---|---|---|
| LENGTH | 21 IN | 24 IN | 30 IN |
| WIDTH | 16 IN | 16 IN | 16 IN |
| HEIGHT | 5 IN | 5 IN | 5 IN |
| WEIGHT | 3.5 LBS | 4.5 LBS | 5 LBS |



## SUITABLE FOR ALL SLEEPING POSITIONS

Suitable for side, back and stomach sleepers



TECHNOLOGY            WARRANTY INFO

    

**MATTRESS**

**REGISTER PRODUCT**

**PILLOWS**

**PRIVACY POLICY**

**REVIEWS**

**ACCESSIBILITY**

**FAQS**

**TERMS & CONDITIONS**

Copyright © Dormeo 2018 - All Rights Reserved

YouTube



**DORMEO**
Mattresses and Pillows Reinvented

HOME     MATTRESS     PILLOWS

TECHNOLOGY

8x more breathable than traditional memory foam

# Octaspring® TECHNOLOGY

LEARN MORE

So what's an Octaspring, exactly? It's a hybrid invention, the first and only of its kind. Spring coil meets memory foam – dynamic flexibility plus unsurpassed support.

## THINK OF AN OCTASPRING AS A HONEYCOMB OF COMFORT

Each foam spring features eight reinforcements, a series of air vents and a hole in the center that



Compared to metal springs mattresses Octaspring mattress maintains its resilience over time which is the guarantee of long lasting comfort and support.

allows humid air to pass through and away.



The final result is a luxurious, dynamic sleep surface, 8X more breathable than memory foam.

But what, exactly, is an Octaspring? Call it a honeycomb of comfort.

Simply put, DORMEO® Mattress is the most advanced mattress on the market. Thanks to revolutionary Octaspring sleep technology, tossing and turning is a thing of the past.



A cross between a spring coil and memory foam, Octasprings are the power behind DORMEO® Mattresses legendary comfort. Pressure-relieving and open to air flow, each Octaspring features eight reinforcements, a series of air vents and a hole in the center that lets humid air pass through. This design allows air to filter through and away from the mattress, dissipating heat and humidity. This creates a luxurious, dynamic sleep surface that's noticeably cooler.



In each DORMEO® Mattress, hundreds of Octasprings are assembled into seven zones of comfort -- softer for your head, more supportive for your hips and thighs. No pressure points, just equally distributed weight, adapting to each sleeper's body weight with custom support. The final product is flexible, breathable and cool. 8X more breathable than a memory foam mattress, in fact. Octasprings are like nothing you've ever felt before -- game-changing sleep technology that will revolutionize the way you rest.

TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved



SUBSCRIBE       CONTACT US       CALL US  800-896-2802

HOME     MATTRESS     PILLOWS

TECHNOLOGY

# Octaspring® Reviews

You don't have to take our word for Octaspring's power. Check out reviews from our many fans and followers -- satisfied sleepers with amazing stories about Octaspring® life-changing charms.

Dormeo Mattress Experience

First Timer - Dormeo Mattress

First Time Trying a Dormeo M

# Write A Review

**Your Name:***

**Your Email:***

**Your Title:***

**Your Review:***

SUBMIT

**TECHNOLOGY**

**MATTRESS**

**PILLOWS**

**REVIEWS**

**FAQS**

**WARRANTY INFO**

**REGISTER PRODUCT**

**PRIVACY POLICY**

**ACCESSIBILITY**

**TERMS & CONDITIONS**

Copyright © Dormeo 2018 - All Rights Reserved



SUBSCRIBE    CONTACT US    CALL US  800-896-2802

HOME        MATTRESS        PILLOWS

TECHNOLOGY

# FAQs



HOME      MATTRESS      PILLOWS

TECHNOLOGY

# **WARRANTY**

# WARRANTY CLAIMS

To submit a warranty claim, DORMEO requires the following documentation to be sent by email to customercare.na@dormeona.com:

- Copy of Original Receipt
- Images of Claim/Defect
- Detailed Description of Claim/Defec

# 15 YEAR LIMITED MATTRESS WARRANTY (NEXT-G LINE)

Mattresses: 120G, 130GX, 220G, 230GX, 240GXZ, 330GX, 330GXZ, 340GXZ, 120L, 220L, 320L

# 10 YEAR LIMITED MATTRESS WARRANTY (NEXT-G CLASSIC LINE)

Mattresses: C120 Firm, C120, C130GX, C140GXZ

# 10 YEAR LIMITED MATTRESS WARRANTY (CLASSIC LINE)

Mattresses: Dreamy*BED*, Celestial*BED*, Heavenly*BED*

# 25 YEAR LIMITED MATTRESS WARRANTY (DOLCÉ & SÉRÉNITÉ LINES)

Dolcé Mattresses: Simplicity*BED*, Purity*BED*, Vitality*BED*, Affinity*BED*, Longevity*BED*, Tranquility*BED*, Harmony*BED*, Felicity*BED*

Sérénité Mattresses: rest*BED*, bliss*BED*, luxe*BED*, zen*BED*

We believe we've created the world's most comfortable mattress without compromising quality, support, or the environment.

Our years of research have resulted in a new technology with only the best qualities of memory foam and metal springs, and none of their drawbacks'a TRUE HYBRID BED! You will enjoy more comfort, fall asleep faster, spend more time in deep REM sleep and wake up feeling refreshed. That's the DORMEO difference'the next generation of mattress.

DORMEO North America provides a twenty-five (25) year express limited warranty for its DORMEO Octaspring Mattresses (the 'Warranty Period') which commences ninety (90) days after the original date of delivery. In our sole discretion and option during the Warranty Period, we will repair or replace the original purchaser's DORMEO Octaspring mattress if it is defective due to faulty workmanship or materials, subject to the limitations described in this warranty. An original proof of purchase receipt or online warranty registration is required for any and all warranty claims.

# 25 YEAR WARRANTY PRORATED SCHEDULE:

| Year 0-10 | 100% guarantee | No repair or replacement fees are incurred |

| Year 11 | 90% guarantee | Pay 10% of repair or replacement cost |
| Year 12 | 84% guarantee | Pay 16% of repair or replacement cost |
| Year 13 | 78% guarantee | Pay 22% of repair or replacement cost |
| Year 14 | 72% guarantee | Pay 28% of repair or replacement cost |
| Year 15 | 66% guarantee | Pay 34% of repair or replacement cost |
| Year 16 | 60% guarantee | Pay 40% of repair or replacement cost |
| Year 17 | 54% guarantee | Pay 46% of repair or replacement cost |
| Year 18 | 48% guarantee | Pay 52% of repair or replacement cost |
| Year 19 | 42% guarantee | Pay 58% of repair or replacement cost |
| Year 20 | 36% guarantee | Pay 64% of repair or replacement cost |
| Year 21 | 30% guarantee | Pay 70% of repair or replacement cost |
| Year 22 | 24% guarantee | Pay 76% of repair or replacement cost |
| Year 23 | 18% guarantee | Pay 82% of repair or replacement cost |
| Year 24 | 12% guarantee | Pay 88% of repair or replacement cost |
| Year 25 | 6% guarantee | Pay 94% of repair or replacement cost |

For the first ten (10) years of the Warranty Period, at our option, we will replace or repair defective workmanship or materials at no cost, other than all one-way shipping (see Shipping and Handling section) to the original purchaser. However, during years 11 through 25 of the Warranty Period, any repair or replacement guarantee will be subject to a prorated cost schedule that will be applied either to the repair or replacement cost. One-way shipping and handling costs are the responsibility of the original purchaser FOR ALL WARRANTY CLAIMS.

THIS WARRANTY IS APPLICABLE ONLY TO THE ORIGINAL PURCHASER OF THE DORMEO˙ OCTASPRING MATTRESS FROM AUTHORIZED RETAILERS AND DIRECT FROM DORMEO˙ NORTH AMERICA. THE ORIGINAL PURCHASE RECEIPT OR A PROPERLY REGISTERED DORMEO˙ OCTASPRING MATTRESS WARRANTY IS REQUIRED FOR ANY WARRANTY CLAIM. MATTRESSES PURCHASED FROM UNAUTHORIZED THIRD-PARTY RESELLERS, OR OTHER NON-AUTHORIZED

SELLERS (INCLUDING, BUT NOT LIMITED TO, SALES VIA EBAY INC., AMAZON.COM, INC., ETC.), SHALL RENDER THE WARRANTY NULL AND VOID IN ITS ENTIRETY. THIS WARRANTY DOES NOT APPLY TO FLOOR MODELS OR 'DEMOS.' DORMEO NORTH AMERICA SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM THE USE OF THIS PRODUCT OR ARISING OUT OF ANY BREACH OF THIS WARRANTY. THE FOREGOING WARRANTY IS EXCLUSIVE AND NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE MADE HEREUNDER OTHER THAN THE WARRANTY DESCRIBED HEREIN.

All warranty claims must be submitted in writing to DORMEO North America describing the nature of the alleged defect, and, in addition, must be accompanied by photographic evidence of the alleged defect, and proof of purchase or warranty registration. This information will be used for evaluation purposes by DORMEO North America, in its sole discretion. Failure to provide the foregoing materials may result in rendering the Warranty null and void in DORMEO North America's sole discretion.

DORMEO Octaspring mattresses are designed to work on a firm, solid-surface, non-spring foundation or adjustable bed base that is structurally capable of supporting the weight of purchaser's DORMEO Octaspring mattress and user(s). This limited warranty and other performance warranties are based on tests conducted on 'sets' that consist of our mattresses and our foundations/adjustable bed bases. THEREFORE, IF PURCHASER USES INAPPROPRIATE FOUNDATIONS, BOX SPRINGS, ADJUSTABLE BED BASES, OR BED FRAMES WITH THIS MATTRESS, SUCH USE WILL VOID THIS LIMITED WARRANTY AND ALL OTHER WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. DORMEO Octaspring may require purchaser to provide proof of the quality of the foundation, adjustable bed base, or bed frame used in conjunction with the mattress if purchaser makes a claim under this limited warranty. DORMEO Octaspring reserves the right to invalidate this limited warranty if the foundation is determined, in DORMEO Octaspring's reasonable discretion, to be inadequate.

# 20 YEAR LIMITED MATTRESS WARRANTY (DORMEO OCTASPRING LINE)

Mattresses: 5500, 6500, 8000, 8500, 9500

# MATTRESS WARRANTY DOES NOT APPLY TO:

- Normal product wear and tear as determined in our sole discretion
- A normal increase in the softness of the DORMEO Octaspring core material
- The occurrence of mold
- Use of an improper or unsupportive foundation
- Additional shipping/transportation costs other than stated herein
- Staining or issues relating to the mattress being used or stored in an unsuitable or unsanitary condition, or issues arising from the failure to use a washable mattress protector.

# MATTRESS WARRANTY IS DEEMED NULL AND VOID WHEN:

- The product has been subject to misuse, careless treatment, or physical abuse, as determined in our sole discretion.
- The mattress has not been properly packaged resulting in damage during return shipping to us.
- The original purchaser cannot provide an original proof of purchase receipt, or has not properly registered the warranty online.

PLEASE RETAIN A COPY OF YOUR WARRANTY AND ORIGINAL SALES RECEIPT FOR FUTURE REFERENCE.

# ADDITIONAL INFORMATION

If the original mattress model is not available at the time of repair or replacement, DORMEO North America reserves the right to offer an alternative model of equal quality or value, in its sole discretion.

If an individual's body impression found in a DORMEO Octaspring mattress is 3/4 of an inch or more in depth and IS NOT associated with use of an improper or unsupportive foundation (or other misuse), it may be covered by the warranty. However, mattress dimensions (length and width) have a '2% tolerance due to elastic components. This tolerance is considered normal and does not constitute a defective mattress and is not subject to a warranty claim, whether after short- or long-term use of the mattress.

In the event of an authorized product repair or replacement, the Warranty Period will not be renewed or

extended following the repair or replacement. In short, a repaired or replaced mattress does not reset or in any way alter the Warranty Period duration in connection to subsequent warranty claims, if any.

# MATTRESS COVER LIMITED WARRANTY

The mattress cover provided with the mattress is warrantied for one (1) year from the original date of purchase to be free of defects in the material or workmanship. DORMEO North America will replace or repair a cover at its option within the one year period at no cost to the original purchaser, excluding return shipping costs.

# 5 YEAR PILLOW WARRANTY

DORMEO provides a 5 year warranty for all pillows and guarantees the quality of materials and workmanship within the warranty period. The removable knit pillowcase is provided with a 1 year warranty for quality and workmanship. DORMEO will replace or repair the pillow or pillowcase due to faulty workmanship or material defects at no charge during the warranty period, subject to the limitations for this warranty. DORMEO will cover all related costs for repair or replacement of the product to the original purchaser. All transportation costs will be the responsibility of the purchaser. This warranty is valid from the date of the product purchase and valid for 5 years. Warranty can be claimed by the original proof of purchase or our on-line warranty registration. In the event of a warranty claim, repair or replacement the warranty will not be renewed or extended, but will continue from original purchase date. This warranty does not cover: Normal product wear and tear as determined in our sole discretion; the occurrence of mold; Shipping/transportation costs; Staining or issues relating to the pillow being used or stored in an unsuitable or unsanitary condition; or issues arising from the failure to follow use and care tags on the product.

# SHIPPING AND HANDLING FEES

The original purchaser is responsible for all shipping and handling fees for all DORMEO North America products for any and all warranty claims.

THE REPAIR OR REPLACEMENT AS PROVIDED UNDER THIS EXPRESS LIMITED WARRANTY IS THE

EXCLUSIVE REMEDY OF THE CONSUMER AND IS PROVIDED IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED. IN NO EVENT SHALL DORMEO OCTASPRING BE LIABLE, WHETHER IN CONTRACT OR TORT (INCLUDING NEGLIGENCE), FOR DAMAGES IN EXCESS OF THE PURCHASE PRICE OF THE PRODUCT, OR FOR ANY DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND OR LOSS TO THE FULL EXTENT THAT THESE DAMAGES MAY BE DISCLAIMED BY LAW.

Some states do not allow the limitation or exclusion of incidental or consequential damages, or limitation on the length of an implied warranty, and so the above limitations or exclusions may not apply to you. This limited warranty gives you specific legal rights that vary from state to state, and you may have other rights which may vary from state to state.

# FOUNDATION AND PILLOWS

DORMEO Foundation and Pillows do not offer a trial and are not returnable.



TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved



SUBSCRIBE    CONTACT US    CALL US 800-896-2802

HOME    MATTRESS    PILLOWS

TECHNOLOGY

# Dormeo® Warranty Registration

Register your new Dormeo® mattress and receive full warranty coverage. Please fill out the form below to receive full benefits of your Dormeo® mattress.

# WARRANTY REGISTRATION

A star (*) indicates that we require this information to fulfill your request.

**Title**

**First Name \***

**Last Name \***

**Address \***

**City \***

**State / Province / Region \***

**ZIP / Postal Code \***

**Country \***

United States

**Email \***

**Product Name \***

Select product

**Date of Purchase \***

**Store Name \***

**Price \***

☐ I have read and agree to the privacy policy.\*

Submit Registration Form

---

TECHNOLOGY                WARRANTY INFO

MATTRESS                  REGISTER PRODUCT

PILLOWS                   PRIVACY POLICY

REVIEWS                   ACCESSIBILITY

**FAQS**                              **TERMS & CONDITIONS**

Copyright © Dormeo 2018 - All Rights Reserved

 SUBSCRIBE          ☐ CONTACT US          📞 CALL US  800-896-2802



HOME          MATTRESS          PILLOWS

TECHNOLOGY

# PRIVACY POLICY

This policy is effective of February 28, 2013.

Dormeo North America is committed to protecting your privacy. The policy below outlines the information we (i) may collect about you; (ii) how it may be used; (iii) how it is protected; how we may communicate with you; and (v) how you may opt out or otherwise control the information provided to us.

# POLICY AGREEMENT

When you visit our website, by requesting a brochure or other product information, or by purchasing our products directly from us either on this website or by phone, you are agreeing to these policies

# INFORMATION THAT IS COLLECTED

We may collect either personal information or non-personal information from this website and when you call us.

# PERSONAL AND NON-PERSONAL INFORMATION

Personally identifiable information may include your name, billing address, shipping address, email address, credit card information, phone number and product purchase information. We share your name, addresses, email address, phone number and purchase information with our affiliates, including, but not limited to, our order processing center, mail centers, and shippers, in order to process and send the items you have ordered,

brochures you may have requested, and, to send emails and other mailings to you. If you do not want to receive mail or emails from us, see Control Your Information below. We also share your credit card information with our order and credit card processing centers.

Non-personal information is information that is not identifiable and may include information that is collected when you visit our website and the types of purchases you make. This non-personal information does not contain personally identifiable information about you, and it may be shared with our website administrator and/or other external technical, marketing, and advertising vendors.

## VISITING OUR WEBSITE

When you visit our website, we collect information including what pages you visit, your IP address, web browser (Internet Explorer, Safari, Chrome, etc.) and type of computer you are using (PC, Mac, tablet, etc.) by using Internet technology that is commonly available such as cookies and action tags. This helps us to keep our website up-to-date and provide information that is most relevant to our customers. By using cookies, we create an easier website experience. For example, cookies are used to remember products in your shopping cart when you re-visit our site at a later time. We may also use cookies through our technical, marketing, and advertising partners to track your interests and provide ads that we believe you may find useful based on your visits and interests. You may accept or decline cookies by modifying your browser settings. However, by declining, some website features and functionality may not be accessible to you which may affect your ability to efficiently use our website. We use action tags to measure marketing and advertising campaigns, to track pages that are visited, and to determine if the visit resulted in a purchase. Our technical, marketing, and advertising partners may utilize this information to serve banner ads to your browser that you may find useful.

## ORDERING FROM OUR WEBSITE

When you order a product by placing an order on this website or calling us, we collect personal information as stated above. We collect this information so we can process your order, receive payment and ship your order. The personal information you provide may be combined with other information about you from third-party vendors and affiliates to assist in the marketing of our products.

# REQUESTING BROCHURES AND OTHER MATERIALS

When you request a brochure or sign up for promotional mail and emails, we may collect personal information, which may include your name, mailing address, email address and phone number so we can contact you with product information and special promotions.

# REGISTERING YOUR WARRANTY

When you register your product warranty with us, we will collect personal information, as well as information about the item you purchased. This may also include lifestyle and survey-type information to help us understand our customers better.

# SHARING INFORMATION

When you post, share, or otherwise contribute testimonials, communications, or other content on this website, or share information in our social media spaces such as our Facebook, Twitter, Pinterest, YouTube and blog, we may collect some personal information, including your name and email address. This helps ensure we are providing reliable and truthful feedback. However, the respective social media spaces utilize their own privacy policies for collecting and using personal and non-personal information. These privacy policies should be reviewed separately and we encourage you to do so.

Sharing information allows you to provide opinions and suggestions about our products with friends and social media communities. Personal or non-personal information shared in a social media network may be used by the social network company or host that may result in the information being made public.

Any links that lead to external websites or unaffiliated social media spaces should not be construed to mean that we have endorsed the external websites or social media outlets. Furthermore, these external websites and social media spaces do not operate under our privacy policies. Their respective privacy policies for collecting and using personal and non-personal information should be reviewed separately and we encourage you to do so.

# REVIEWS & FORUMS

When you post, share, or otherwise contribute reviews, testimonials, communications, or other content on this website, or share information in our social media spaces such as our Facebook, Twitter, Pinterest, YouTube and blog, we may collect some personal information, such as your name and email address. This helps ensure we are providing reliable and truthful feedback. Your reviews may be posted using your name (if you choose to provide it), on the website. Please remember that any information that you provide in these comments areas is accessible to anyone viewing the website, and you should exercise caution when deciding to disclose any personal information.

We may also collect any comments, suggestions and other feedback you provide as postings in these forums. We may use your comments, suggestions or feedback to monitor and/or improve our product and service offerings and our website. Please note that the respective social media spaces utilize their own privacy policies outlining the way in which they collect, use disclose and otherwise manage personal information. These privacy policies outlining the way in which they collect, use, disclose and otherwise manage personal information. These privacy policies should be reviewed separately and we encourage you to do so.

Sharing information allows you to provide opinions and suggestions about our products with friends and social media communities. Personal or non-personal information shared in a social media network may be used by the social network company or host that may result in the information being made public.

## RELEASING YOUR INFORMATION

We may provide personal information when complying with applicable laws and regulations, or requested by a governmental or legal entity. We may also release personal information to enforce or apply our Terms of Use and other agreements, or protect the rights, safety, or property of Dormeo North America, our customers, employees or others.

## CONTROL YOUR INFORMATION

After you provide personal information to us, you can add to, change or remove what we have on file for you. Please contact us by phone, email or mail:

Phone: 1-855-4DORMEO (Select 1 for Customer Service)

Email: customer.info@dormeona.com

Mail:□

Dormeo Octaspring□

1901 10th St.

Suite 500□

Plano, TX 75074

---

# SERVICE VENDORS

We may engage authorized, external vendors to provide services to us such as operating our website, order-taking, customer service, processing payments, shipping, sending emails, surveys, marketing and advertising. These companies have access to personally identifiable information specifically needed to implement their services, but they may not use it for other purposes.

In the event we use technologies referenced in "Visiting our website" above for advertising purposes, we do not provide personal information to external vendors. However, by visiting our website, and viewing or clicking on ads, these external vendors may collect information and use it when servicing or otherwise providing advertisements. Third party cookies and action tags are subject to the privacy policy of the respective company utilizing them. For information about opting out of third-party cookies, visit: www.networkadvertising.org

---

# BUSINESS TRANSFER

In the event we sell, transfer, merge or assign our business, or buy other businesses or subsidiaries, personal and non-personal information, may be transferred as a business asset.

---

# PROTECTING YOUR PRIVACY

We are committed to protecting your privacy. We have implemented appropriate security measures to protect the personal information you provide us against unauthorized access or disclosure. When we transmit personal information, data is encrypted. In the unlikely event your personal information is accessed or disclosed in an unauthorized manner, we will comply with notification requirements under applicable law.

We do not knowingly sell our products or advertise directly to children under the age of 13. We also do not

knowingly collect information from minors who are under 18 years of age.

---

# CHILDREN'S PRIVACY

---

We do not knowingly sell our products or advertise directly to children under the age of 13. We also do not knowingly collect information from minors who are under 18 years of age.

---

# CHANGES TO THIS POLICY

---

This privacy policy may be changed or updated. If so, the date it is changed on will be posted at the top of this page.

---

# HOW TO CONTACT US

---

If you have questions about our privacy policy, please contact us by phone, email or mail:□

Phone: 1-855-4DORMEO (Select 2 for Customer Service)□

Email: customer.info@dormeona.com

Mail:□

Dormeo Octaspring□

1901 10th St.

Suite 500□

Plano, TX 75074



**TECHNOLOGY**          **WARRANTY INFO**

**MATTRESS**            **REGISTER PRODUCT**

**PILLOWS**             **PRIVACY POLICY**

**REVIEWS**             **ACCESSIBILITY**

FAQS                                    TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved

SUBSCRIBE          CONTACT US          CALL US  800-896-2802



HOME          MATTRESS          PILLOWS

TECHNOLOGY

# ACCESSIBILITY

We have tried to ensure that this website is as accessible as possible. If you are having a problem please contact Dormeo Octaspring and we will do our best to help.

Please contact us at the following address:

**Dormeo Octaspring**

1901 10th St.

Suite 500

Plano, TX 75074



TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved



✉ SUBSCRIBE        ☐ CONTACT US        📞 CALL US  800-896-2802



HOME        MATTRESS        PILLOWS

TECHNOLOGY

# TERMS & CONDITIONS

This website ("Site") is the property of Dormeo North America ("Company"). Please read these terms and conditions ("Terms") before using this Site. Individuals must be 18 years of age or older to use this Site and you warrant that you are 18 years of age or older. By accessing and using this Site, you unconditionally agree to be bound by these Terms and all policies therein. If you do not agree to these Terms, do not access or use the Site. All users agree to be bound by any and all revisions and should periodically revisit this page to review the then current Terms.

# COPYRIGHT AND LICENSE

The content within this Site, including, without limitation, the design, source code, software, text, graphics, images, photographs, video and audio files, other files, trademarks, service marks, trade names, and other data (collectively, the "Content"), and the selection, arrangement, structure, coordination, and "look and feel" thereof, are the property of Company, ALL RIGHTS RESERVED Copyright © 2012-2013 and/or its licensors. . You are granted a limited, non-sublicensable right to access this Site, and print the Content information published on this Site for your personal, non-commercial, and informational use in accordance with the Terms herein. The foregoing license grant does NOT include the right for you to:

- publicly perform, display, or publish any content on broadcast, digital media, or commercial print publications media, or make other derivative uses of the Site or the Content;
- sell, market, distribute, or make commercial use of the Site or any Content;
- use frame or framing techniques to enclose any portion of this Site (including the images, graphics, or video found at this Site, any text, or the layout/design of any page or form contained on a page); or
- collect and/or use any Content including the use of any robots, data spiders, or similar data gathering,

mining or extraction methods;

Except for the limited license granted to you, you are not conveyed any other right or license by implication, estoppel, or otherwise in or under any patent, trademark, copyright, or proprietary right of Company or any third party.

# TRADEMARKS AND SERVICE MARKS

All Company product names, slogans, and our logos on this Site are either trademarks, service marks, or registered trademarks of Company or its suppliers and licensors and are the property of Company. Unauthorized use, whether or not such use is tied to any commercial endeavors, is strictly prohibited. You may not use any meta tags or any other "hidden text" utilizing Company or any other name, trademark, or product name of Company without our permission. In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of Company, and may not be copied, imitated, or used, in whole or in part, without our prior written permission. All other trademarks, registered trademarks, product names and Company's names or logos mentioned herein are the property of their respective owners. Reference to any products, services, processes, or other information, by trade name, trademark, manufacturer, supplier, or otherwise does not constitute or imply endorsement, sponsorship or recommendation thereof by us.

# PRIVACY

By using cookies, this Site automatically recognizes the user's Internet service provider and does collect information on which pages are visited. However, the user cannot be recognized as an individual. Company collects personally identifiable information volunteered for promotions, e-commerce, or interactive elements. Company may also share its email, mailing, or telephone lists with other reputable organizations. Aside from authorized third parties, Company never shares specific details about a user's household and will never release credit card, financial or survey information to unauthorized third parties. For more information regarding Company's privacy policy, please visit our Privacy Page.

# USE OF MATERIAL SUBMITTED TO COMPANY (USER GENERATED CONTENT, "UGC")

You will retain your ownership interest in all communications or files provided by you to Company, or this Site, via message boards, forums, uploads, postings, and/or by electronic mail, telephone, text messaging, mail, or otherwise, including any text, pictures, videos, audio clips, comments, questions, suggestions, thoughts, or the like (collectively, the "Material"), and in any ideas, concepts, knowledge, or techniques ("Information") contained in the Material. You hereby grant Company and its agents, affiliates, successors and assigns, a universal, non-exclusive, irrevocable, fully-paid and royalty-free, sublicensable and transferable license in perpetuity to use and/or edit all submitted Material in any manner and for any purposes on the Site. All such Material and Information is, and will be treated as, non-confidential and non-proprietary. Company retains the right to edit all submitted Material in any manner and for any purpose, but is under no obligation to do so. Company may not be able to review all Material submitted and nothing herein requires Company to use, review or distribute Material provided by a user. You represent and warrant that prior to submission, you own the Material and Information submitted by you, or that you otherwise have the right to grant use thereof as set forth in this section, and that the posting of said Material and/or Information on the Site does not violate the privacy rights, publicity rights, copyright, contract rights or any other rights of any person or entity. Company reserves the right to use the Material and Information for any purpose, including, but not limited to, posting, reproduction, disclosure, distribution, transmission, publication, and broadcast. Nothing herein requires Company to use, review or distribute the aforementioned Material and Information provided by a user. Company reserves the right to use any ideas, concepts, knowledge, or techniques contained in the Material or Information that users provide, for any purpose, including, but not limited to, developing, manufacturing and marketing products or services using such information, and the user understands there shall be no consideration, royalties or other compensation from Company, its agents, affiliates or assigns for use of said Material or Information. Further, by providing Material and/or Information to the Site, each user and his/her respective heirs, hereby indemnify, discharge, release, and hold Company, together with its parents, agents, affiliates, successors and assigns and their respective directors, members, shareholders, officers, employees, agents and representatives (collectively, the "Released Parties"), harmless from any action and/or liability, in any form or manner, arising from any infringement of any third party's rights, inclusive of attorneys' fees and costs in connection to the Material and/or Information. The user will not post commercial advertisements, "spam," or other solicitations in any manner relating to other websites, products, or services.

# FOR EMBEDDED OR OTHER MATERIAL HOSTED ON A THIRD PARTY SERVER (E.G., A YOUTUBE® VIDEO),

# SAID CONTENT SHALL BE IN COMPLIANCE WITH THE EXTERNAL SITE'S TERMS AND CONDITIONS.

Company reserves the right to remove any Material or Information it deems to be offensive, defamatory, indecent, disparaging, obscene, pornographic, abusive, harassing, illegal, or an invasion of privacy, or which in any manner violates these Terms and Conditions. Company reserves the right to remove a Member's registered account and terminate access to the Members-only sections of the Site at any time for violating these Terms and Conditions. Please report abuse to the Company webmaster at customer.info@dormeona.com Subject: Report Abuse.

# UNAUTHORIZED USE PROHIBITED

The user will not post Material or Information resulting from unauthorized use, or impersonation, of another registered user's identity, name, screen-name, or persona; however, Company is not responsible for screening for any such conduct. Company is not liable for any losses of any kind, including without limitation, consequential or special damages, caused by any unauthorized use of a user's identity, name, screen-name, persona, or account, and you may be liable for the losses of Company or others due to such unauthorized use.

# COMMERCIAL ADVERTISEMENTS AND OTHER PROHIBITED MATERIAL

The user will not: post commercial advertisements; create/send commercial greeting cards (e-cards); create/send "spam" bulk messages, or other solicitations, in any manner relating to other websites, products, or services. In addition, Company reserves the right to remove without notice any Material or Information it deems to be offensive, defamatory, indecent, disparaging, obscene, pornographic, abusive, harassing, illegal, or constitutes an invasion of privacy, or which in any manner violates these Terms. Company reserves the right to remove a user's registered account at any time for violating these Terms.

# THIRD PARTY LINKS

Company may provide links to websites and other content of third parties as a service to those interested in this information. However, we make no claim or representation regarding, and accept no responsibility for, the quality, content, nature or reliability of websites accessible by hyperlink from this Site. The linked websites are not under our control and we are not responsible for their content. We are providing these links to you only as a convenience to you, and the inclusion of any link does not imply affiliation, endorsement, or adoption by us of the site or any information contained therein. When leaving this Site, you should be aware that our terms and policies no longer govern, and, therefore, you should review the applicable terms and policies, including privacy and data gathering practices, of that website.

## NO WARRANTIES

THE LAWS OF CERTAIN JURISDICTIONS, INCLUDING QUEBEC, DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LEGAL WARRANTIES AND THE EXCLUSION OR LIMITATION OF REPRESENTATIONS MADE CONCERNING GOODS OR SERVICES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE BELOW EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU AND YOU MAY HAVE ADDITIONAL RIGHTS.

THIS SITE, AND THE CONTENT AND MATERIAL CONTAINED THEREIN, ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. YOU EXPRESSLY AGREE THAT USE OF THIS SITE, INCLUDING ALL CONTENT OR DATA DISTRIBUTED BY, DOWNLOADED OR ACCESSED FROM OR THROUGH THIS SITE, IS AT YOUR SOLE RISK. EXCEPT AS EXPRESSLY PROVIDED IN THE SITE, WE DISCLAIM ALL WARRANTIES INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT RELATED TO THE INFORMATION, MATERIALS, CONTENT ON OR GOODS PURCHASED THROUGH THE SITE. WE DO NOT REPRESENT OR WARRANT THAT MATERIALS IN THIS SITE ARE ACCURATE, COMPLETE, RELIABLE, CURRENT, OR ERROR-FREE OR UNINTERRUPTED. WE DO NOT PROMISE THAT ANY DEFECTS WILL BE CORRECTED, OR THAT YOUR USE OF THE SITE WILL PROVIDE SPECIFIC RESULTS. SOME STATES DO NOT ALLOW LIMITATIONS OR EXCLUSIONS ON WARRANTIES, SO THE LIMITATIONS ABOVE MAY NOT APPLY TO CERTAIN USERS. IN ANY SUCH JURISDICTION, THE ABOVE EXCLUSIONS AND LIMITATIONS SHALL INSTEAD BE IMPUTED AS REWRITTEN SO AS TO APPROXIMATE THE ABOVE EXCLUSIONS AND LIMITATIONS TO THE FULLEST EXTENT PERMISSIBLE BY THE LAWS OF SUCH JURISDICTION.

WE ARE NOT RESPONSIBLE FOR TYPOGRAPHICAL ERRORS OR OMISSIONS RELATING TO THE CONTENT OR MATERIAL. WHILE WE ATTEMPT TO ENSURE YOUR ACCESS AND USE OF THE SITE IS

SAFE, WE CANNOT AND DO NOT REPRESENT OR WARRANT THAT THIS SITE OR ITS SERVER(S) ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. ALL USERS ACCESSING THIS SITE FROM OUTSIDE THE UNITED STATES OF AMERICA ASSUME FULL RESPONSIBILITY FOR COMPLIANCE WITH LOCAL LAWS, IF APPLICABLE.

# LIMITATION OF LIABILITY

IN NO EVENT SHALL COMPANY, OR ITS DIRECTORS, MEMBERS, SHAREHOLDERS, OFFICERS, EMPLOYEES, AFFILIATES, SUPPLIERS, SUCCESSORS, AND/OR ASSIGNS (COLLECTIVELY THE "COMPANY PARTIES"), BE LIABLE TO YOU OR TO ANY THIRD PARTY FOR ANY UNAUTHORIZED CREDIT CARD CHARGES OR ELECTRONIC PAYMENTS PROVIDED TO COMPANY IN CONNECTION TO THE SITE'S E-COMMERCE ACTIVITIES, OR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, OR LOST PROFITS, ARISING FROM YOUR USE OF THE WEBSITE, EVEN IF THE COMPANY PARTIES HAVE BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED ELSEWHERE IN THESE TERMS AND CONDITIONS, THE COMPANY PARTIES' LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION WILL AT ALL TIMES BE LIMITED TO THE AMOUNT PAID, IF ANY, BY YOU TO COMPANY FOR ACCESS TO AND USE OF THE SITE.

# INDEMNIFICATION

In using this Site, users expressly waive any and all claims that they may have against Company. You agree to indemnify, defend, and hold harmless Company and its affiliates, successors and assigns, together with all of their officers, directors, shareholders, members, employees, agents, licensors and suppliers, from and against all losses, expenses, damages and costs, including, without limitation, reasonable attorneys' fees, resulting from any violation of these Terms or any activity related to your account (including negligent or wrongful conduct) by you or any other person accessing the Site using your account. You agree to be solely responsible for payment of all sums owing to any person or entity by virtue of the exposition of the Materials and Information on the Site.

# ARBITRATION CLAUSE

YOU UNDERSTAND AND AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND COMPANY, AND ITS PARENTS, AFFILIATES, SUBSIDIARIES, OR RELATED COMPANIES, SHALL BE RESOLVED BY FINAL AND BINDING ARBITRATION IN THE STATE OF CALIFORNIA. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA"). THE ARBITRATOR SHALL BE BOUND TO APPLY AND ENFORCE THE TERMS OF THIS AGREEMENT AND THE ARBITRATOR'S DECISION WILL BE FINAL, BINDING, AND ENFORCEABLE IN A COURT OF COMPETENT JURISDICTION. NEITHER YOU NOR COMPANY SHALL BE ENTITLED TO JOIN OR CONSOLIDATE CLAIMS IN ARBITRATION BY OR AGAINST OTHER CONSUMERS OR ARBITRATE ANY CLAIM AS A REPRESENTATIVE OR MEMBER OF A CLASS.

# MISCELLANEOUS

If any of the provisions of these Terms are held by a court or other tribunal of competent jurisdiction to be void or unenforceable, such provisions shall be limited to the minimum extent necessary and replaced with a valid provision that best embodies these Terms.

# DIGITAL MILLENNIUM COPYRIGHT ACT

Company provides the Site as an interactive service provider and is not liable for any and all claims resulting from the use of Material or Information. Pursuant to the Digital Millennium Copyright Act, if a user feels unauthorized Material or Information has been posted on this Site, please notify us by mail at Octaspring Customer Service, Dormeo Octaspring, 1901 10th St, Suite 500, Plano, TX 75074 or customer.info@dormeona.com with the subject line stating "Copyright." The DMCA notice MUST include the following: (i) describe the alleged infringement in detail; (ii) the copyright owner or who retains authorized use; (iii) the URL(s) where the alleged infringement can be located; (iv) a statement indicating your authorization to file a DMCA complaint; (v) how you may be contacted; and (vi) any DMCA notice must also contain the following statement:

I have a good faith belief that use of the copyrighted material described above is not authorized by the copyright owner or its agent, nor is such use otherwise permissible under law. I declare, under penalty of perjury, that the information presented herein is accurate, that I am authorized to represent the copyright holder, and I have a good faith belief that the use is infringing."

Last Update: 2/28/13



TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved

✉ **SUBSCRIBE**          ☐ **CONTACT US**          ☎ **CALL US**  **800-896-2802**

# DORMEO®
Mattresses and Pillows Reinvented

HOME          MATTRESS          PILLOWS

**Enter Address or Zip Code:** ☐ [                    ]     **Submit**

TECHNOLOGY

● 0   **Bob Mills Furniture**
3600 West Reno Avenue
Oklahoma City, OK 73107
(405) 947-6500
Mon-Fri 10AM - 9PM | Sat 9AM - 9PM | Sun 12PM - 6PM
www.bobmillsfurniture.com/

● 1   **Bob Mills Furniture**
6050 I-40 West
Amarillo, TX 79106

(806) 353-7277
Mon-Th 10AM - 8PM | Fr-Sat 10AM - 9PM | Sun 12PM - 6PM
www.bobmillsfurniture.com/

**②  Bob Mills Furniture**
6000 Spur 327
Lubbock, TX 79424
(806) 771-6300
Mon-Th 10AM - 8PM | Fr-Sat 10AM - 9PM | Sun 12PM - 6PM
www.bobmillsfurniture.com/

**③  Bob Mills Furniture**
2004 East 42nd Street

TECHNOLOGY

MATTRESS

PILLOWS

REVIEWS

FAQS

WARRANTY INFO

REGISTER PRODUCT

PRIVACY POLICY

ACCESSIBILITY

TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved



SUBSCRIBE

CONTACT US

CALL US  800-896-2802

HOME        MATTRESS        PILLOWS

TECHNOLOGY

# NOT FOUND, ERROR 404

The page you are looking for no longer exists. Perhaps you can return back to the site's [homepage](homepage) and see if you can find what you are looking for.



TECHNOLOGY            WARRANTY INFO

MATTRESS             REGISTER PRODUCT

PILLOWS              PRIVACY POLICY

REVIEWS              ACCESSIBILITY

FAQS                 TERMS & CONDITIONS

Copyright © Dormeo 2018 - All Rights Reserved



# Welcome!

Thank you for purchasing our DORMEO® mattress. You've made an important step in improving the quality of your sleep and well-being.

You are going to love your DORMEO mattress! We believe we've created the world's most comfortable mattress without compromising quality, support, or the environment.

Our years of research have resulted in a new technology with all the best qualities of memory foam and metal springs, and none of their drawbacks. You will enjoy more comfort, fall asleep faster, spend more time in deep REM sleep and wake up feeling refreshed.

**That's the DORMEO difference—the next generation of mattress.**

*Jon Stowe*
Jon Stowe
Chief Executive Officer
DORMEO, North America

**DORMEO®**
Mattresses and Pillows Reinvented

# Use and Care

**Let your mattress breathe**
After your mattress has been delivered please leave the bed uncovered for a few hours to allow it to breathe and acclimate to your home environment. Your DORMEO® mattress, with its open air mesh sides, has excellent ventilation and you'll enjoy that "clean sheets" feeling night after night.

**Use our DORMEO Foundation**
If you didn't purchase our Foundation, Bed Divan or Adjustable Base with your mattress, please make sure you use a foundation or base that fulfills the requirements stated in this Warranty.

**Protect your new mattress**
We recommend you buy a washable mattress protector to protect your bed from accidental spills.

DORMEO mattress covers can be spot-cleaned or dry-cleaned. If fluids do soak through, use a dry towel to remove excess moisture and a damp cloth to wipe away any stains, then leave the mattress to air dry.

**If you have any questions, please contact our Customer Service Department at 1-800-896-2802 or customer.info@dormeona.com.**

**LEARN MORE**
      

**DORMEO®**
Mattresses and Pillows Reinvented

© 2014 DORMEO N.A. All rights reserved. 0814



# 10 Year Limited Mattress Warranty • Use and Care

**DORMEO®**
Mattresses and Pillows Reinvented

# 10 Year Limited Warranty

DORMEO North America ("DORMEO") provides a ten (10) year express limited warranty for its DORMEO® mattresses (the "Warranty Period") which commences ninety (90) days after the original date of delivery. In our sole discretion and option during the Warranty Period, we will repair or replace the original purchaser's DORMEO mattress if it is defective due to faulty workmanship or materials, subject to the limitations described in this warranty. An original proof of purchase receipt or online warranty registration is required for any and all warranty claims.

At our option, we will replace or repair defective workmanship or materials at no cost, other than all one-way shipping (see Shipping and Handling section) to the original purchaser. **ONE-WAY SHIPPING AND HANDLING COSTS ARE THE RESPONSIBILITY OF THE ORIGINAL PURCHASER FOR ALL WARRANTY CLAIMS.**

THIS WARRANTY IS APPLICABLE ONLY TO THE ORIGINAL PURCHASER OF THE DORMEO MATTRESS FROM AUTHORIZED RETAILERS AND DIRECT FROM DORMEO. THE ORIGINAL PURCHASE RECEIPT OR A PROPERLY REGISTERED DORMEO MATTRESS WARRANTY IS REQUIRED FOR ANY WARRANTY CLAIM. MATTRESSES PURCHASED FROM UNAUTHORIZED THIRD-PARTY RESELLERS, OR OTHER NON-AUTHORIZED SELLERS (INCLUDING, BUT NOT LIMITED TO, SALES VIA EBAY INC., AMAZON.COM, INC., ETC), SHALL RENDER THE WARRANTY NULL AND VOID IN ITS ENTIRETY. THIS WARRANTY DOES NOT APPLY TO FLOOR MODELS OR "DEMOS." DORMEO SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM THE USE OF THIS PRODUCT OR ARISING OUT OF ANY BREACH OF THIS WARRANTY. THE FOREGOING WARRANTY IS EXCLUSIVE AND NO OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE MADE HEREUNDER OTHER THAN THE WARRANTY DESCRIBED HEREIN.

All warranty claims must be submitted in writing to DORMEO describing the nature of the alleged defect, and, in addition, must be accompanied by photographic evidence of the alleged defect, and proof of purchase or warranty registration. This information will be used for evaluation purposes by DORMEO, in its sole discretion. Failure to provide the foregoing materials may result in rendering the Warranty null and void in DORMEO's sole discretion.

DORMEO mattresses are designed to work on a firm, solid-surface, non-spring foundation or adjustable bed base that is structurally capable of supporting the weight of purchaser's DORMEO mattress and user(s). This limited warranty and other performance warranties are based on tests conducted on "sets" that consist of OUR MATTRESSES AND OUR FOUNDATIONS/ADJUSTABLE

BED BASES. THEREFORE, IF PURCHASER USES INAPPROPRIATE FOUNDATIONS, BOX SPRINGS, ADJUSTABLE BED BASES, OR BED FRAMES WITH THIS MATTRESS, SUCH USE WILL VOID THIS LIMITED WARRANTY AND ALL OTHER WARRANTIES, WHETHER EXPRESSED OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. DORMEO may require purchaser to provide proof of the quality of the foundation, adjustable bed base, or bed frame used in conjunction with the mattress if purchaser makes a claim under this limited warranty. The foundation must provide a solid surface, constructed with appropriate structure. A solid stable surface is not provided by box springs, plywood placed on box springs, inappropriate "slats" or foundations that are not built to deliver correct support. **See USE & CARE INSTRUCTIONS**, included with your mattress. DORMEO reserves the right to invalidate this limited warranty if the foundation is determined, in DORMEO's reasonable discretion, to be inadequate.

**The Warranty Does Not Apply To:**
- Normal product wear and tear as determined in our sole discretion
- A normal increase in the softness of the DORMEO core material
- The occurrence of mold
- Use of an improper or unsupportive foundation
- Additional shipping/transportation costs other than stated herein
- Staining or issues relating to the mattress being used or stored in an unsuitable or unsanitary condition, or issues arising from the failure to use a washable mattress protector.

**The Warranty is Deemed Null and Void When:**
- The product has been subject to misuse, careless treatment, or physical abuse, as determined in our sole discretion.
- The mattress has not been properly packaged resulting in damage during return shipping.
- The original purchaser cannot provide an original proof of purchase receipt, or has not properly registered the warranty online.

**PLEASE RETAIN A COPY OF THIS WARRANTY AND ORIGINAL SALES RECEIPT FOR FUTURE REFERENCE.**

**Additional Information** If the original mattress model is not available at the time of repair or replacement, DORMEO reserves the right to offer an alternative model of equal quality or value, in its sole discretion.

If an individual's body impression found in a DORMEO mattress is 3/4 of an inch or more in depth and IS NOT associated with use of an improper or unsupportive foundation (or other misuse), it may be covered by the warranty. However, mattress dimensions (length and width) have a ±2% tolerance due to elastic components. This tolerance is considered normal and does not constitute a defective mattress and is not subject to a warranty claim, whether after short- or long-term use of the mattress.

In the event of an authorized product repair or replacement, the Warranty Period will not be renewed or extended following the repair or replacement. In short, a repaired or replaced mattress does not reset or in any way alter the Warranty Period duration in connection to subsequent warranty claims, if any.

**Mattress Cover Limited Warranty** The mattress cover provided with the mattress is warranted for one (1) year from the original date of purchase to be free of defects in the material or workmanship. DORMEO will replace or repair a cover at its option within the one year period at no cost to the original purchaser, excluding return shipping costs.

**Shipping and Handling Fees** The original purchaser is responsible for all one-way shipping and handling fees when returning the mattress or removable mattress cover to DORMEO for any and all warranty claims.

THE REPAIR OR REPLACEMENT AS PROVIDED UNDER THIS EXPRESS LIMITED WARRANTY IS THE EXCLUSIVE REMEDY OF THE CONSUMER AND IS PROVIDED IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED. IN NO EVENT SHALL DORMEO BE LIABLE, WHETHER IN CONTRACT OR TORT (INCLUDING NEGLIGENCE), FOR DAMAGES IN EXCESS OF THE PURCHASE PRICE OF THE PRODUCT, OR FOR ANY DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND OR LOSS TO THE FULL EXTENT THAT THESE DAMAGES MAY BE DISCLAIMED BY LAW.

Some states do not allow the limitation or exclusion of incidental or consequential damages, or limitation on the length of an implied warranty, and so the above limitations or exclusions may not apply to you. This limited warranty gives you specific legal rights that vary from state to state, and you may have other rights which may vary from state to state.

DORMEO North America, 1901 10th St., Suite 500, Plano, TX 75074

## Register Your Mattress Guarantee!

Activate your 10 Year Warranty by registering it online. Go to: Dormeo.com/warrantyregistration and fill in the simple form. It will take just a couple of minutes, but will last for 10 years!