IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LEVEL SLEEP LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DORMEO NORTH AMERICA, LLC,  TOP SHOP T.V. LLC,  OCTASPRING OPERATIONS US, INC.,  OCTASPRING US, INC.,<br><br>　　　　Defendants. | § § § § § § § § § § § § §　CIVIL ACTION NO.  2:18-CV-00120-RWS |

## ORDER

Before the Court are Plaintiff Level Sleep LLC's ("Plaintiff") Emergency Opposed Motion for Leave to Serve Limited Venue-Related Discovery on Defendants (Docket No. 31) and Plaintiff's Emergency Opposed Motion for Extension of Time to Response to Defendants' Motion to Dismiss Complaint (Docket No. 33).  It is hereby **ORDERED** that Defendants shall file a response to both motions by **10 a.m. on Friday, June 22, 2018**.

**SIGNED this 20th day of June, 2018.**

　　　　　　　　　　　　　　　　　　　　　　　　*Robert W Schroeder III*
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE