IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LEVEL SLEEP LLC, § § § Plaintiff, § § v. § § DORMEO NORTH AMERICA, LLC,  TOP § SHOP T.V. LLC,  OCTASPRING § OPERATIONS US, INC.,  OCTASPRING § US, INC., § § Defendants. | CIVIL ACTION NO.  2:18-CV-00120-RWS |

## ORDER

Before the Court is Defendants Dormeo North America, LLC, Top Shop TV, LLC, Octaspring Operations US, Inc. and Octaspring US, Inc.'s ("Defendants") Motion to Dismiss Plaintiffs' Amended Complaint for Improper Venue (Docket No. 25).  Before filing a response, Plaintiff Level Sleep LLC ("Plaintiff") filed an Emergency Motion for Leave to Serve Limited Venue-Related Discovery (Docket No. 31).  The Court ordered Defendants to respond to the motion by June 22, 2018.  Docket No. 34.

Having considered the briefing, the Court finds that expedited discovery is proper to give due consideration to the issues raised in both Defendants' and Plaintiff's Motions.  Accordingly, Plaintiffs' Motion (Docket No. 31) is **GRANTED**.  It is **ORDERED** that Plaintiffs shall have **thirty (30) days** for the completion of venue-related discovery.[1]  Venue discovery shall be limited to the proposed discovery detailed in Plaintiff's Motion.

---

[1] Because there are no other pending deadlines in this case, the Court will consider the merits of the motion to dismiss and any related motions prior to setting any schedule or deadlines in this case.

Defendants' Motion to Dismiss (Docket No. 25) is **DENIED** without prejudice to renewal after the completion of venue discovery. Accordingly, Plaintiff's Motion for an Extension of Time (Docket No. 33) is **DENIED AS MOOT**.

**SIGNED this 26th day of June, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE